**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sonja N. Owens<br><br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-13385 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Midland Mortgage as Servicer for MIDFIRST BANK and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322 FAX (215) 627-7734