# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sonja N. Owens<br><br>          Debtor<br><br>MIDFIRST BANK<br><br>          Movant<br>         vs.<br><br>Sonja N. Owens<br><br>          Respondent | CHAPTER 13<br><br>NO. 17-13385 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about August 18, 2017 (Document No. 29).

                            Respectfully submitted,

                            **/s/ Rebecca A. Solarz, Esquire**
                            Rebecca A. Solarz, Esquire
                            Attorney for Movant
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322

March 12, 2018