# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13385-AMC

SONJA N OWENS

1811 FARRINGTON ROAD

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SONJA N OWENS

  1811 FARRINGTON ROAD

  PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 10/9/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee