IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re    Sonja N. Owens<br>          Debtor | ) Chapter 13<br>)<br>) No. 17-13385-AMC<br>)<br>) |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.


                                           /s/David M. Offen
                                           David M. Offen
                                         Attorney for Debtors

Date: 6/28/19