IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13
                                    :
Sonja N Owens                       :
    Debtor                          :        No. 17-13385-AMC

O R D E R

AND NOW, this ___23rd___ day of ___July___, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $7,987.95 has been paid to the Trustee and the Debtor shall pay $620.00 per month for 35 months for a total base amount of $29,687.95 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire