UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:PAUL SIMMONS

:     Bankruptcy case17-13385 MDC

(Debtors)     :     Chapter 13

**PRAECIPE TO WITHDRAW DOCUMENT**

:

To the Clerk of Court:

Please withdraw Trustee's NOTICE OF FINAL CURE ON 2/28/2022 DOCKET ENRY #81

                                                           Respectfully submitted,

                                               **/s/KENNETH E WEST TRUSTEE**
                                                   Chapter 13 Standing Trustee

Date:2/28/2022