UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:PAUL SIMMONS

:    Bankruptcy case17-13385 MDC

(Debtors)                :    Chapter 13

**PRAECIPE TO WITHDRAW DOCUMENT**

:

To the Clerk of Court:

Please withdraw Trustee's NOTICE OF FINAL CURE ON 2/28/2022 DOCKET ENRY #82

Respectfully submitted,

**/s/KENNETH  E WEST TRUSTEE**
Chapter 13 Standing Trustee

Date:3/2/2022