United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonja N Owens  
    Debtor

Case No. 17-13385-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4  
Date Rcvd: Mar 07, 2022 | Form ID: 138OBJ | Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonja N Owens, 1811 Farrington Road, Philadelphia, PA 19151-2012 |
| 13917583 | + | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917591 | + | Aes/pnc Education Lo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917594 | + | Aumiller Lomax LLC, 1913 Greentree Road, Suite D, Cherry Hill, NJ 08003-1123 |
| 13917595 | + | BGE, 110 West Fayette, Baltimore, MD 21201-3708 |
| 13989437 | + | Baltimore Gas and Electric Co., PO Box 1475, Balt., MD 21203-1475 |
| 13917611 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 13917614 | + | Global Credit Network, Po Box 3097, Gaithersburg, MD 20885-3097 |
| 13952730 | + | Midland Mortgage, c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13940862 | + | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 13917620 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13938681 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13917621 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13924003 | + | Snap Finance, 1760 W. 2100 S. #26561, Salt Lake City, UT 84199-9995 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 07 2022 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 07 2022 23:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13968006 | | Email/Text: bnc@atlasacq.com | Mar 07 2022 23:26:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13917599 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City of Philadelphia, Dept. of Revenue - Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 14007928 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13917596 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2022 23:37:55 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13917600 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 07 2022 23:27:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 13917602 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 07 2022 23:27:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE |

Case 17-13385-mdc   Doc 91   Filed 03/09/22   Entered 03/10/22 00:29:29   Desc Imaged
                          Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | | 68508-1904 |
| 13917601 | + Email/Text: electronicbkydocs@nelnet.net | Mar 07 2022 23:27:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14088841 | + Email/Text: ECMCBKNotices@ecmc.org | Mar 07 2022 23:27:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13917613 | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 07 2022 23:37:59 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13955632 | + Email/Text: bankruptcy@sccompanies.com | Mar 07 2022 23:27:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13917598 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2022 23:37:51 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 13964162 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:37:51 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13971780 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:37:51 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13984100 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2022 23:27:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13951905 | + Email/Text: bankruptcy@sccompanies.com | Mar 07 2022 23:26:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13950655 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 07 2022 23:37:59 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13988889 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2022 23:27:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 13917615 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 07 2022 23:37:51 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 13917616 | + Email/PDF: pa_dc_claims@navient.com | Mar 07 2022 23:37:51 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13985172 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:37:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13918416 | + Email/PDF: rmscedi@recoverycorp.com | Mar 07 2022 23:37:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13917619 | + Email/Text: bankruptcygroup@peco-energy.com | Mar 07 2022 23:27:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13980450 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2022 23:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13984958 | + Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:37:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13917623 | + Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:37:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13917624 | + Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:37:51 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13930248 | + Email/Text: electronicbkydocs@nelnet.net | Mar 07 2022 23:27:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, Lincoln, NE 68508-1911 |
| 13958908 | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2022 23:37:51 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13917625 | | Email/Text: megan.harper@phila.gov | Mar 07 2022 23:27:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13938537 | + | Email/Text: inchargehq@westcreekfin.com | Mar 07 2022 23:27:00 | West Creek Financial, 4951 Lake Brook Dr., Ste. 350, Glen Allen, VA 23060-9274 |
| 13917626 | + | Email/Text: inchargehq@westcreekfin.com | Mar 07 2022 23:27:00 | West Creek Financial, P.O. Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13917622 | | Snap Finance |
| 13982648 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13917588 | *+ | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917589 | *+ | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917590 | *+ | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917584 | *+ | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917585 | *+ | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917586 | *+ | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917587 | *+ | Aes/acapita Ed Fin Cor, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917592 | *+ | Aes/pnc Education Lo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917593 | *+ | Aes/pnc Education Lo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13917597 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13917603 | *+ | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13917604 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13917605 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13917606 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13917607 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13917608 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13917609 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13917610 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14088842 | *+ | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14088843 | *+ | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13917612 | *+ | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 13917617 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13917618 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 138OBJ | Total Noticed: 48 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Sonja N Owens dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sonja N Owens
    Debtor(s)

Case No: 17−13385−mdc

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/7/22

90 − 86
Form 138OBJ